# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| FRANCISCO TORRES OSNAYA, <br><br> Petitioner, <br><br> v. <br><br> WARDEN, ADELANTO ICE PROCESSING CENTER et al, <br><br> Respondents. | Case No. 5:26-cv-03413-FWS-DFM <br><br> Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed by the deadline.

ACCORDINGLY, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation of the United States Magistrate Judge is **ACCEPTED**.

2. The Petition is **GRANTED IN PART**.

3. Within seven (7) days of this Order, Respondents shall provide Petitioner a bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a), or release Petitioner from custody.

4. Petitioner's request for immediate release is **DENIED** without prejudice.

5.      Petitioner's request for a hearing at which Respondents bear the burden of proof is **DENIED**.

6.      Respondents are **ORDERED** to file a notice of compliance within three (3) court days of the hearing or of Petitioner's release, whichever occurs first.

7.      The parties are **ORDERED** to notify the Court promptly if the Board of Immigration Appeals resolves Petitioner's appeal, or if Petitioner is released.

Dated: July 17, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE