**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

FRANCISCO TORRES OSNAYA,

Petitioner,

v.

WARDEN, ADELANTO ICE PROCESSING CENTER et al,

Respondents.

Case No. 5:26-cv-03413-FWS-DFM

JUDGMENT

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that:

1. The Petition for Writ of Habeas Corpus is **GRANTED IN PART**.

2. Respondents shall provide Petitioner a bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within seven (7) days of the Court's Order, or release Petitioner from custody.

3. Petitioner’s request for immediate release is **DENIED** without prejudice.

///

///

///

///

4. Petitioner's request for a hearing at which Respondents bear the burden of proof is **DENIED**.

Dated: July 17, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE